UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

CASE NO._____

Bond # 02BSBE02375

**07-14138**

**CIV-MARTINEZ**

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

TEXTRON FINANCIAL CORPORATION,
a Delaware corporation,

    Plaintiff,

vs.

AL'S MOTOR HOME & TRAILER, INC., a Florida
corporation, AL'S MOTOR HOME &
TRAILER, INC., an Illinois corporation
ALAN R. BEILKE, GAYLE BEILKE,
and EVAN BARKER, individually,

    Defendants.
_____/

## BOND FOR REPLEVIN AND GARNISHMENT

We, TEXTRON FINANCIAL CORPORATION, as Principal, and Hartford Fire Insurance Company_____, as Surety, are bound to Defendant, Al's Motor Home & Trailer, Inc., a Florida corporation, in the sum of $16,400,000.00 for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

THE CONDITIONS OF THIS BOND are that if Plaintiff shall prosecute this action to effect without delay and if Defendant, Al's Motor Home & Trailer, Inc., a Florida corporation, recover judgment against Plaintiff in this action, Plaintiff shall return the property replevied and, or in the alternative, monies garnished, if return of it is adjudged, and shall pay Defendant, Al's Motor Home & Trailer, Inc., a Florida corporation, all monies recovered against Plaintiff by said

{01147176;1}

Defendant in this action, then this bond is void; otherwise it remains in force and Plaintiff shall pay all costs and damages that said Defendant sustained in consequence of Plaintiff improperly suing out a Writ of Replevin or Garnishment.

SIGNED and SEALED, this 3rd day of May, 2007.

TEXTRON FINANCIAL CORPORATION

By: _____   By: _____
Karen Fox-Nuri, Vice President              as Attorney-in-Fact,
as Principal                                            as Surety

APPROVED this ___ day of                APPROVED this ___ day of
_____, 2007.                      _____, 2007.
CLERK OF THE U.S. DISTRICT COURT


BY:_____      _____
        As Deputy Clerk                              U.S. DISTRICT COURT JUDGE

{01147176;1}

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
call: 888-266-3488 or fax: 860-757-5835)
Agency Code: 02   090578

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

| | |
|---|---|
| [X] | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
**up to the amount of** UNLIMITED :
KAREN A. FOX-NURI, DEANA DECARLO-CAITO, LESLIE M. BEATTY, ROBERT DONALD, MARYBETH MAINELLI OF WARWICK, RHODE ISLAND

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on July 21, 2003, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Paul A. Bergenholtz, Assistant Secretary

David T. Akers, Assistant Vice President

**STATE OF CONNECTICUT** } ss. Hartford
**COUNTY OF HARTFORD** }

On this 4th day of August, 2004, before me personally came David T. Akers, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hampden, Commonwealth of Massachusetts; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2007

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of May 3, 2007
Signed and sealed at the City of Hartford.



Gary W. Stumper, Assistant Vice President

POA 2005